No. 04–9139.  STODDARD *v.* IDAHO, *ante*, p. 828; and

No. 04–10134.  ANTHONY *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, *ante*, p. 838.  Motions for leave to file petitions for rehearing denied.

JANUARY 11, 2006

No. 05–757.  FLORIDA *v.* SARASOTA HERALD-TRIBUNE ET AL. Dist. Ct. App. Fla., 2d Dist.  Certiorari dismissed under this Court's Rule 46.

JANUARY 13, 2006

No. 05–7053.  DIXON *v.* UNITED STATES.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.